UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES E. JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO. C06-652RSM<br><br>ORDER |

The Court, having reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, finds and orders as follows. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS the decision of the Commissioner of Social Security for further administrative proceedings.

DATED this   13th   day of March, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER