UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES E. JONES,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

CASE NO. C06-652-RSM

ORDER

The Court, having reviewed plaintiff's Motion for Attorney Fees, Expenses, and Costs Under the Equal Access to Justice Act, defendant's response, plaintiff's reply, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, finds and ORDERS as follows:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's Motion for Attorney Fees, Expenses, and Costs Under the Equal Access to Justice Act (Dkt. #22) is GRANTED in the amount of $6,702.89 in attorney fees, $41.54 in expenses, and $54.25 in costs, for a total of $6,798.68.

(3)     The Clerk is directed to send copies of this Order to the parties' counsel and to the Honorable Monica J. Benton.

DATED this 1 day of October , 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER